CASES DECIDED DURING THE PERIOD EMBRACED IN THIS

VOLUME, WHICH ARE ORDERED NOT TO BE

REPORTED IN FULL.

## Vaughn v. Walker.

APPEAL from the Circuit Court of Lauderdale.
Tried before the Hon. E. B. ALMON.

SIMPSON & JONES and R. T. SIMPSON, for appellant.

JOHN T. ASHCRAFT, for appellee.

This was a suit by appellee against appellant, for damages claimed to have been suffered by trespassing stock, in contravention of the provisions of an act for the protection of plantations and crops within certain limits of Lauderdale county, (Acts of 1869-70, p. 9).

There were verdict and judgment for the plaintiff. The defendant appeals.

Reversed, rendered in part and remanded.

Opinion by McCLELLAN, C. J.